**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHERIF RIZK,

                       Petitioner,                    18 **CIVIL** 204 (VEC)

       -against-                                **JUDGMENT**

JEFFREY TEDFORD, Superintendent,
Adirondack Correctional Facility,

                       Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 12, 2020, Magistrate Judge Parker's August 26, 2019 R&R is adopted in full with one exception, which is indicated in note 2 of the Order; the petition for a writ of habeas corpus is denied; the Court declines to issue a certificate of appealability; Petitioner has not made a substantial showing of the denial of a federal right pursuant to 28 U.S.C. § 2253(c), and appeallate review is not warranted; the Court also finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and permission to proceed in forma pauperis for purposes of appeal is denied.

**DATED:** New York, New York
             May 13, 2020

                                                    **RUBY J. KRAJICK**
                                                      _____
                                                         **Clerk of Court**
                                **BY:**  _____
                                                           **Deputy Clerk**